# United States District Court
# District of Massachusetts

UNITED STATES OF AMERICA,

    v.                          CRIMINAL NO. 2004-10032-GAO

VICTOR DELGADO, ETC.,
JOAN REYES SANTANA, ETC.,
      Defendants.

## *ORDER OF EXCLUDABLE DELAY*

COLLINGS, U.S.M.J.

    The Court orders the following period of time excludable from the time period within which trial must commence:

    2/5/2004 - Indictment returned.

    2/10/2004 - Arraignment

    2/11 - 3/9/2004 - Excluded as per L.R. 112.2(A)(2)

    3/16/2004 - Conference held.

    3/17 - 5/25/2004 - Excluded as per 18 U.S.C. § 3161(h)(1)(F).

    Thus, as of May 25, 2004, TEN (10) non-excludable days will have occurred leaving SIXTY (60) days left to commence trial so as to be within the

seventy-day period for trial set by statute.

/s/ *Robert B. Collings*
ROBERT B. COLLINGS
United States Magistrate Judge

March 16, 2004.