SCANNED
DATE: 3/17/04
BY: TCM

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) Cr. No. 04-10032 GAO |
| v. | ) |
| | ) |
| 1. VICTOR DELGADO, | ) |
|    AKA "BITIN", and | ) |
| 2. JOAN REYES SANTANA, | ) |
|    AKA "FLAKO" | ) |

[Stamp: OFFICE OF ROBERT B. COLLINGS, U.S. MAGISTRATE JUDGE, MAR 16 2004, UNITED STATES DISTRICT COURT, BOSTON, MASSACHUSETTS]

JOINT INITIAL STATUS REPORT

The United States of America and the defendants, Victor Delgado and Joan Reyes-Santana, by their respective undersigned counsel, submit this joint status report pursuant to Local Rule 116.5(A).

1. **Local Rule 116.3 Timing Requirements**

At this time the parties do not seek relief from the timing requirements imposed by L.R. 116.3.

2. **Expert Discovery**

The government anticipates that, unless there is a stipulation regarding the controlled substances and firearm involved in this case, it will offer expert testimony regarding the narcotics and firearm seized in this case. The defendants do not presently request expert discovery, but reserves its right to seek such discovery pending disclosure of trial witnesses by the government.

3. **Additional Discovery**

With the exception of audio and video recordings (which, although available to defense counsel, have not yet been

provided), all Rule 16 and automatic discovery materials, have been provided or made available to defendants' counsel. All audio and video recordings will be provided or made available to defendants' counsel by next week. Defendants are in the process of reviewing discovery and reserves their rights to request additional discovery if appropriate.

4. **Motion Date**

The government requests that all motions be filed on or before April 23, 2004, and any responses be served by May 7, 2004.

5. **Speedy Trial Act**

The parties have conferred on the periods excludable from all Speedy Trial Act calculations and believe that the following periods are excludable:

| | |
|---|---|
| 2/10/04-2/10/04 | Arraignment |
| 2/10/04-3/09/04 | Excludable delay pursuant to Local Rule 112.2(A)(2) & 18 U.S.C. § 3161(h)(8)(A) |
| 3/12/04-date of final status | Excludable delay pursuant to 18 U.S.C. §§ 3161(h)(1)(F) and 8(b), and Local Rule 112.2(A)(2) |

As of the Final Status Conference, 2 days will have been counted and 68 days will remain under the Speedy Trial Act.

6. **Anticipated Trial**

It is too early to tell whether a trial will be needed in this matter. The United States estimates that a trial would last approximately 5 days.

7. **Final Status Conference**

The government requests that a Final Status Conference be scheduled for on or about April 23, 2004, or as soon thereafter as is convenient for the Court. Defendant Delgado requests that this be an interim status conference.

                                    Respectfully submitted,

                                    MICHAEL J. SULLIVAN
                                  United States Attorney

By: _____
     PETER K. LEVITT
     Assistant U.S. Attorney
     One Courthouse Way
     Boston, MA
     (617) 748-3355


COUNSEL FOR VICTOR DELGADO

_____
Victoria M. Bonilla-Argudo
Bourbeau and Bonilla
21 Union Street
Boston, MA 02108
617-722-9496


COUNSEL FOR JOAN REYES-SANTANA

_____
Timothy G. Watkins
Federal Defender's Office
District of Massachusetts
408 Atlantic Ave., Third Floor
Suite 328
Boston, MA 02210
617-223-8061

March 16, 2004