UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>         Plaintiff )<br>    v. )<br>         )<br>VICTOR DELGADO )<br>         Defendant )<br>_____) | Criminal No. 03-10032-GAO |

**MOTION OF ATTORNEY VICTORIA M. BONILLA FOR
EXTENSION OF TIME IN WHICH TO FILE MOTIONS**

NowNow comes Defense Counsel and states that she started trial on U.S.U.S. v. Cubilette on May 10, 2004.  The matter is still pending beforebefore the Honorable Judge Gertner.before the Honorable Judge Gertner. advisedadvised that all motions needed to be filedadvised that all motions MMarchMarch 19, 2004, Counsel filed a motion for funds which was not authorizedauthorized until 4/27/2authorized until 4/27/2004.  authorized u copiescopies from thecopies from the Duplicating Center.  Said copies haveco made available to counsel.

Because counsel has not yet had an opportunity to review the audio/videoaudio/video materials in this case and because counsel is still i trial,trial, counsel kindly requests that the motions date be reset at the final status conference presently scheduled for June 8, 2004.


///

Date: May 20, 2004					Respectfully submitted,


						VICTORIA M. BONILLA-ARGUDO
						BBO # 558750
						77 Central Street, 2nd Floor
						Boston, MA 02109
						(617) 350-6868
						Attorney for Defendant

Certificate of Service
    I,I, Victoria M. Boniila-Argudo, hereby certifyI, Victoria M. Boniila-Argudo, hereby certify that I have c
withinwithin Motion on opposing counsel of record, this date by sending said motion by fax, hand owithin Motion
first class mail to each said person.

Dated: _____			_____
						Victoria M. Bonilla