UNITED STATES OF AMERICA
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>       Plaintiff )<br>        )<br>v        )<br>        )<br>VICTOR DELGADO )<br>       Defendant )<br>_____) | Criminal No. 04-10032-GAO |

MOTION OF ATTORNEY VICTORIA M. BONILLA-ARGUDO TO RESET DATE FOR FILING OF MOTIONS

    Now comes Defense Counsel and states that she started trial on U.S. v. Cubilette on May 10, 2004. The matter is still pending before the Honorable Judge Gertner. On March 16, 2004 Counsel was advised that all motions needed to be filed by May 25, 2004. On March 19, 2004, Counsel filed a motion for funds which was not authorized until 4/27/2004. On April 28, 2004 Counsel requested copies from the Duplicating Center. Said copies have not yet been made available to counsel.

    Because counsel has not yet had an opportunity to review the audio/video materials in this case and because counsel is still in trial, counsel kindly requests that the motions date be reset at the final status conference presently scheduled for June 8, 2004. Counsel kindly requests that she be granted until July 8, 2004 for filing of motions. The Government assents to counsel s request for extension of time.

DATE                                    RESPECTFULLY SUBMITTED

                                        *Victoria M. Bonilla*

                                        Victoria M. Bonilla-Argudo
                                        BBO # 558750
                                        77 Central St., 2nd Floor
                                        Boston, MA 02109
                                        (617)350-6868


                        Certificate of Service

I, Victoria M. Bonilla-Argudo, hereby certify that the above captioned motion was
served upon all parties of record by e-mail, fax, or first class mail, postage pre-
paid.

                        *Victoria M. Bonilla*