UNITED STATES OF AMERICA
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>            Plaintiff                                   )<br>                                                           )<br>    v                                                   )   Criminal No. 04-10032-GAO<br>                                                           )<br>VICTOR DELGADO                          )<br>            Defendant                               )<br>_____) | |

MOTION OF ATTORNEY VICTORIA M. BONILLA-ARGUDO TO FILE LATE MOTION
TO RESET DATE FOR FILING OF MOTIONS

    Now comes Defense Counsel and states that she started trial on U.S. v. Cubilette on May 10, 2004.  The matter is still pending before the Honorable Judge Gertner.  On March 16, 2004 Counsel was advised that all motions needed to be filed by May 25, 2004.  On May 20, 2004 counsel e-filed the motion for extension of time, however there was an error in transmission. Therefore this motion is necessary.

DATE:  May 27, 2004                           RESPECTFULLY SUBMITTED

                                              *Victoria M. Bonilla*

                                              Victoria M. Bonilla-Argudo
                                              BBO # 558750
                                              77 Central St., 2nd Floor
                                              Boston, MA 02109
                                              (617)350-6868

Certificate of Service

I, Victoria M. Bonilla-Argudo, hereby certify that the above captioned motion was served upon all parties of record by e-mail, fax, or first class mail, postage pre-paid.
May 27, 2004                                           *Victoria M. Bonilla*