# United States District Court
# District of Massachusetts

UNITED STATES OF AMERICA

    v.                                  CRIMINAL NO. 2004-10032-GAO-01

VICTOR DELGADO,
       Defendant.

## *FURTHER ORDER OF EXCLUDABLE DELAY*

COLLINGS, U.S.M.J.

    The Court orders the following period of time excludable from the time period within which trial must commence:

    5/21 - 6/1/2004 - Filing to decision on Motion #21.

    6/2 - 7/8/2004 - Excluded as per 18 U.S.C. § 3161(h)(1)(F).

    6/8/2004 - Conference held.

    6/9 - 7/8/2004 - Continuance granted so that the defendant's counsel can review the audio and video tapes. I find that the ends of justice served by granting the continuance outweigh the interest of the public and the defendants in a speedy trial.

    Thus, as of July 8, 2004, TEN (10) non-excludable days have occurred

leaving SIXTY (60) days left to commence trial so as to be within the seventy-day period for trial set by statute.

/s/ Robert B. Collings
ROBERT B. COLLINGS
June 8, 2004.   United States Magistrate Judge