SCANNED
DATE: 06/14/04
BY: Steve

## Law office of
## Bourbeau & Bonilla

77 Central St., 2nd Floor
Boston, Massachusetts 02109
Facsimile (617)350-7766

Michael C. Bourbeau*
Telephone (617)350-6565
\*also admitted in California

Victoria M. Bonilla
Telephone (617)350-6868

May 27, 2004

AUSA Peter Levitt
One Courthouse Way
Suite 9200
Boston, MA 02210

RECEIVED IN OFFICE OF
ROPERT B. COLLINGS
U.S. MAGISTRATE JUDGE

JUN 0 8 2004

UNITED STATES DISTRICT COURT
BOSTON, MASSACHUSETTS

Re: United States v. Victor Delgado
    Criminal Number 004-~~10033-PBS~~
    10032 - GAO - 01

Dear Mr. Levitt:

I have had an opportunity to review the discovery thus far provided by the government. I believe that there are matters which have not been provided and I kindly request that you consider providing me with the following items:

1. Copies of reports, memorandums or other compilations, including field investigation reports and observation interviews generated by the Lawrence Police Department Gang Unit; Lawrence Police Department Statistics Unit; Lawrence Police Department Drug Unit; Essex County Drug Task Force; Massachusetts State Police and any other law enforcement agency specifically related to the investigation of Victor Delgado and his identification as a member/associate of the Dome Dwellers.

2. Copies of photographs generated by law enforcement officials, state or otherwise during the investigation of the Dome Dwellers and its members which portray Victor Delgado.

3. Identification of non-confidential sources such as the sources referred to on page 4 of Bates number 1, dated 7/24/2003 from whom information was obtained regarding the murder during the summer of 2003 in Lawrence, MA.

4. All reports reflecting the alleged identification of Victor Delgado by "individual, who is in a position to testify" as identified in Bates stamp # 78 dated 10/01/03.

5. Copies of surveillance reports which may accompany the 302's provided in this matter.

6. Copies of telephone records regarding Victor Delgado which may have been obtained by the government, state or federal, in their course of investigating Victor Delgado.

Thank you for your prompt consideration to my request for discovery.

Sincerely,

*Victoria M. Bonilla*

Victoria M. Bonilla