UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. No. 04-10032-GAO |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| VICTOR DELGADO | ) | |
| Defendant. | ) | |

**MOTION FOR A F.R.Cr.P. RULE 11 HEARING**

COMES NOW, defendant, VICTOR DELGADO, for himself alone who hereby moves this Honorable Court to set a F.R.Cr.P. Rule 11 hearing to allow him to plead to Count 1, conspiracy to distribute heroin, and Counts 2 through Count 7, distribution of heroin, Count 8 felon in possession of a firearm, and Counts 9 through 15, distribution of heroin.

Date: June 28, 2004                Respectfully submitted,

/s/ Victoria M. Bonilla

VICTORIA BONILLA, BBO #55875
77 Central St., 2nd Floor
Boston, MA 02109
(617)350-6868

Attorney for Defendant
Victor Delgado

**Certificate of Service**
I, Victoria Bonilla, hereby certify that I have caused to be served a copy of the within motion upon all counsel of record, this date by hand, fax or mailing said motion by first class mail to each said person.
Dated: June 28, 2004                /s/   VICTORIA M. BONILLA