UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| V. ) | No. 04-10032-GAO |
| ) | |
| VICTOR DELGADO ) | |
| _____) | |

DEFENDANT'S MOTION TO CONTINUE SENTENCING

NOW comes the defendant through his counsel and hereby moves to continue the sentencing in the above captioned case, currently scheduled for November 8, 2004 until January 18, 2005 (when the co-defendant is scheduled to be sentenced).  In support of this motion, the defendant states that although drug quantity was admitted to at the time of the plea, there exists an issue as to whether the sentencing guidelines (under which defendant would be sentenced) are constitutional or not.  The issue is presently pending in the United States Supreme Court.  The defendant objects to the mandatory application of a sentence pursuant to the United States Sentencing Guidelines which violates his 6th Amendment right to have a jury determine all the facts relevant to sentencing, particularly its career offender provision.  The defendant is currently held at Plymouth House of Correction. Government counsel has been contacted and objects to this request.

///

          Respectfully submitted,

          VICTOR DELGADO

          By his counsel

          /s/ *Victoria M. Bonilla*
          Victoria M. Bonilla-Argudo
          BBO # 558750
          77 Central St., 2nd Floor
          Boston, MA 02109
          617-350-6868

Date: