# TITLE 11
# Criminal Offenses

## CHAPTER 11-5
## Assaults

### SECTION 11-5-3

§ 11-5-3  **Simple assault or battery.** – (a) Except as otherwise provided in § 11-5-2, every person who shall make an assault or battery or both shall be imprisoned not exceeding one year or fined not exceeding one thousand dollars ($1,000), or both.

(b) Where the provisions of "The Domestic Violence Prevention Act", chapter 29 of title 12, are applicable, the penalties for violation of this section shall also include the penalties as provided in § 12-29-5.

Section 631:2-a Simple Assault. Case 1:04-cc-10082-GAO   Document 40-2   Filed 10/28/2004   Page 2 of 5   Page 1 of 1

New hampshire

# TITLE LXII
# CRIMINAL CODE

## CHAPTER 631
## ASSAULT AND RELATED OFFENSES

### Section 631:2-a

**631:2-a Simple Assault.** –
I. A person is guilty of simple assault if he:
   (a) Purposely or knowingly causes bodily injury or unprivileged physical contact to another; or
   (b) Recklessly causes bodily injury to another; or
   (c) Negligently causes bodily injury to another by means of a deadly weapon.
II. Simple assault is a misdemeanor unless committed in a fight entered into by mutual consent, in which case it is a violation.

**Source.** 1979, 126:3, eff. Aug. 4, 1979.

# TITLE LXII
# CRIMINAL CODE

## CHAPTER 625
## PRELIMINARY

### Section 625:9

**625:9 Classification of Crimes. --**
 I. The provisions of this section govern the classification of every offense, whether defined within this code or by any other statute.
 II. Every offense is either a felony, misdemeanor or violation.
  (a) Felonies and misdemeanors are crimes.
  (b) A violation does not constitute a crime and conviction of a violation shall not give rise to any disability or legal disadvantage based on conviction of a criminal offense.
 III. A felony is murder or a crime so designated by statute within or outside this code or a crime defined by statute outside of this code where the maximum penalty provided is imprisonment in excess of one year; provided, however, that a crime defined by statute outside of this code is a felony when committed by a corporation or an unincorporated association if the maximum fine therein provided is more than $200.
  (a) Felonies other than murder are either class A felonies or class B felonies when committed by an individual. Felonies committed by a corporation or an unincorporated association are unclassified.
   (1) Class A felonies are crimes so designated by statute within or outside this code and any crime defined by statute outside of this code for which the maximum penalty, exclusive of fine, is imprisonment in excess of 7 years.
   (2) Class B felonies are crimes so designated by statute within or outside this code and any crime defined outside of this code for which the maximum penalty, exclusive of fine, is imprisonment in excess of one year but not in excess of 7 years.
 IV. Misdemeanors are either class A misdemeanors or class B misdemeanors when committed by an individual. Misdemeanors committed by a corporation or an unincorporated association are unclassified.
  (a) A class A misdemeanor is:
   (1) Any crime so designated by statute within or outside this code and any crime defined outside of this code for which the maximum penalty, exclusive of fine, is imprisonment not in excess of one year; or
   (2) Any crime designated within or outside this code as a misdemeanor, without specification of the classification.
  (b) A class B misdemeanor is any crime so designated by statute within or outside this code and any crime defined outside of this code for which the maximum penalty does not include any term of imprisonment or any fine in excess of the maximum provided for a class B misdemeanor in RSA 651:2, IV(a).
 V. A violation is an offense so designated by statute within or outside this code and, except as provided in this paragraph, any offense defined outside of this code for which there is no other penalty provided other than a fine or fine and forfeiture or other civil penalty. In the case of a corporation or an unincorporated association, offenses defined outside of this code are violations if the amount of any such fine provided does not exceed $50.
 V-a. The violation of any requirement created by statute or by municipal regulation enacted pursuant to an enabling statute, where the statute neither specifies the penalty or offense classification, shall be

Prev: Chapter 9 §206
Next: Chapter 9 §208

Download Chapter 9
PDF, Word (RTF)

Download Section 207
PDF, Word (RTF)

Statute Search
List of Titles
Maine Law

Disclaimer

Revisor's Office

Maine Legislature

Title 17-A: MAINE CRIMINAL CODE
Part 2: SUBSTANTIVE OFFENSES
Chapter 9: OFFENSES AGAINST THE PERSON

§207. Assault

1. A person is guilty of assault if:

A. The person intentionally, knowingly or recklessly causes bodily injury or offensive physical contact to another person. Violation of this paragraph is a Class D crime; or  [2001, c. 383, §10 (new); §156 (aff).]

B. The person has attained at least 18 years of age and intentionally, knowingly or recklessly causes bodily injury to another person who is less than 6 years of age. Violation of this paragraph is a Class C crime. [2001, c. 383, §10 (new); §156 (aff).]
[2001, c. 383, §10 (rpr); §156 (aff).]

2. [2001, c. 383, §10 (rp); §156 (aff).]

Section History:
PL 1975, Ch. 499,   §1  (NEW).
PL 1985, Ch. 495,   §4  (AMD).
PL 2001, Ch. 383,   §10 (RPR).
PL 2001, Ch. 383,   §156 (AFF).

**The Revisor's Office cannot provide legal advice or interpretation of Maine law to the public. If you need legal advice, please consult a qualified attorney.**

Office of the Revisor of Statutes
7 State House Station
State House Room 108
Augusta, Maine 04333-0007

This page created on: 2003-11-07

Prev: Chapter 51 §1251
Next: Chapter 51 §1252-A

Download Chapter 51
PDF, Word (RTF)

Download Section 1252
PDF, Word (RTF)

Statute Search
List of Titles
Maine Law

Disclaimer

Revisor's Office

Maine Legislature

# Title 17-A: MAINE CRIMINAL CODE
## Part 3:
### Chapter 51: SENTENCES OF IMPRISONMENT

#### §1252. Imprisonment for crimes other than murder (CONFLICT)

1. In the case of a person convicted of a crime other than murder, the court may sentence to imprisonment for a definite term as provided for in this section, unless the statute which the person is convicted of violating expressly provides that the fine and imprisonment penalties it authorizes may not be suspended, in which case the convicted person shall be sentenced to imprisonment and required to pay the fine authorized therein. Except as provided in subsection 7, the place of imprisonment must be as follows.

A. For a Class D or Class E crime the court must specify a county jail as the place of imprisonment. [1989, c. 693, §5 (new).]

B. For a Class A, Class B or Class C crime the court must:

(1) Specify a county jail as the place of imprisonment if the term of imprisonment is 9 months or less; or

(2) Commit the person to the Department of Corrections if the term of imprisonment is more than 9 months.
[1989, c. 693, §5 (new).]

C. [1995, c. 425, §2 (rp).]
[1995, c. 425, §2 (amd).]

2. The court shall set the term of imprisonment as follows:

A. In the case of a Class A crime, the court shall set a definite period not to exceed 40 years. The court may consider a serious criminal history of the defendant and impose a maximum period of incarceration in excess of 20 years based on either the nature and seriousness of the crime alone or on the nature and seriousness of the crime coupled with the serious criminal history of the defendant; [1995, c. 473, §1 (amd).]

B. In the case of a Class B crime, the court shall set a definite period not to exceed 10 years; [1975, c. 499, §1 (new).]

C. In the case of a Class C crime, the court shall set a definite period not to exceed 5 years; [1975, c. 499, §1 (new).]

D. In the case of a Class D crime, the court shall set a definite period of less than one year; or [1975, c. 499, §1 (new).]

E. In the case of a Class E crime, the court shall set a definite period