```
               UNITED STATES DISTRICT COURT
                 DISTRICT OF MASSACHUSETTS


UNITED STATES OF AMERICA   )
         Plaintiff         )
                           )  Criminal No. 04-10032-GAO
     v.                    )
                           )
VICTOR DELGADO             )
         Defendant         )
_____)
```

**NOTICE OF APPEAL**

COMES NOW defendant VICTOR DELGADO by and through his attorney of record, and hereby appeals from this Court's judgement and sentence in the above entitled matter.


Date: November 15, 2004        Respectfully submitted,

                               /s/ *Victoria M. Bonilla*

                               VICTORIA M. BONILLA-ARGUDO
                               BBO# 558750
                               77 Central St., 2nd Floor
                               Boston, MA 02109
                               (617) 350-6868

                               Attorney for Defendant