UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br><br>v.<br><br>VICTOR DELGADO<br>    Defendant | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) | NO. 04-10032-GAO |

DEFENDANT S APPLICATION FOR
AUTHORIZATION OF NECESSARY SERVICES

Defendant, Victor Delgado, by and through his attorney of record and pursuant to 18 U.S.C. §3006A(e)(i) hereby moves this Honorable Court for an Order authorizing the expenditure of funds to pay for copies of the transcript of the hearings held on August 5, 2004 (plea) and November 8, 2004 (sentencing) of the above captioned docket numbers. The transcripts are necessary for the appeal filed in this matter.

Date: November 24, 2004

Respectfully submitted,

/s/ Victoria M. Bonilla

Victoria M. Bonilla-Argudo
BBO # 558750
Attorney for Defendant
77 Central St., 2nd Floor
Boston, MA 02109
(617)350-6868