# United States Court of Appeals
## For the First Circuit

No. 04-2562

UNITED STATES,

Appellee,

v.

VICTOR DELGADO,

Defendant, Appellant.

Before

Lynch, Circuit Judge,
Campbell, Senior Circuit Judge,
and Lipez, Circuit Judge.

JUDGMENT

Entered: November 10, 2005

    In light of the district court's unequivocal statement that "[i]f I were free to choose to [depart] further than that, I would," defendant's sentence is vacated and the matter remanded for resentencing in accordance with United States v. Booker, 125 S.Ct. 738 (2005). In light of the possibility, acknowledged by both parties, that it may not be necessary to reach the issue after the proceedings on remand, we do not address defendant's argument under Shepard v. United States, 125 S.Ct. 1254 (2005).

By the Court:

Richard Cushing Donovan, Clerk.

CERTIFIED COPY
I HEREBY CERTIFY THIS DOCUMENT
IS A TRUE AND CORRECT COPY OF
THE ORIGINAL ON FILE IN MY OFFICE
AND IN MY LEGAL CUSTODY.

FIRST CIRCUIT COURT OF APPEALS
BOSTON, MA

By: DF          Date: 11/10/05

**MARGARET CARTER**

By: _____
    Chief Deputy Clerk.

[Certified Copies: Honorable George A. O'Toole Jr., Sarah A. Thornton, Clerk, USDC of Massachusetts]

[cc: David Lewis, Esq., Peter Levitt, AUSA, Dina Michael Chaitowitz, AUSA]