**MANDATE**

# United States Court of Appeals
## For the First Circuit

No. 04-2562

UNITED STATES,

Appellee,

v.

VICTOR DELGADO,

Defendant, Appellant.

Before

Lynch, <u>Circuit Judge</u>,
Campbell, <u>Senior Circuit Judge</u>,
and Lipez, <u>Circuit Judge</u>.

JUDGMENT

Entered: November 10, 2005

In light of the district court's unequivocal statement that "[i]f I were free to choose to [depart] further than that, I would," defendant's sentence is <u>vacated</u> and the matter <u>remanded</u> for resentencing in accordance with <u>United States</u> v. <u>Booker</u>, 125 S.Ct. 738 (2005). In light of the possibility, acknowledged by both parties, that it may not be necessary to reach the issue after the proceedings on remand, we do not address defendant's argument under <u>Shepard</u> v. <u>United States</u>, 125 S.Ct. 1254 (2005).

By the Court:

Richard Cushing Donovan, Clerk.

**Certified and Issued as Mandate under Fed. R. App. P. 41.**

Richard Cushing Donovan, Clerk

*[signature]*

Deputy Clerk

Date: 12/1/05

MARGARET CARTER

By: _____
Chief Deputy Clerk.

[Certified Copies: Honorable George A. O'Toole Jr., Sarah A. Thornton, Clerk, USDC of Massachusetts]

[cc: David Lewis, Esq., Peter Levitt, AUSA, Dina Michael Chaitowitz, AUSA]