```
            UNITED STATES DISTRICT COURT
             DISTRICT OF MASSACHUSETTS


UNITED STATES OF AMERICA    )
                            )
        V.                  )   Criminal No. 04-10032-GAO
                            )
VICTOR DELGADO              )
```

**NOTICE OF APPEARANCE**

\_\_\_\_\_Now comes the undersigned Assistant United States Attorney and hereby gives notice of her appearance as counsel for the United States of America in the captioned matter.

```
                    Respectfully submitted,

                    MICHAEL J. SULLIVAN
                    United States Attorney

                    By:  /s/: Sharron Kearney

                    SHARRON KEARNEY
                    Assistant U.S. Attorney
                    United States Attorney's Office
                    One Courthouse Way, Suite 9200
                    Boston, MA 02210
                    (617) 748-3687
```

Dated: May 4, 2006

CERTIFICATE OF SERVICE

    I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on May 4, 2006.


                                            */s/: Sharron Kearney*
                                            SHARRON KEARNEY
                                            Assistant U.S. Attorney


Dated: May 4, 2006