UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.    ) | Criminal No. 04-10032-GAO |
| ) | |
| VICTOR DELGADO ) | |

**NOTICE OF WITHDRAWAL OF APPEARANCE**

The United States of America, by and through its attorney, the United States Attorney for the District of Massachusetts, hereby respectfully moves this Court to permit the withdrawal of undersigned as counsel for the government. As grounds, the government states that Assistant United States Attorney Sharron Kearney has been assigned as government counsel in this matter.

        Respectfully submitted,

        MICHAEL J. SULLIVAN
        United States Attorney

By:  */s/ John A. Wortmann, Jr.*
     JOHN A. WORTMANN, JR.
     Assistant U.S. Attorney

Date:  May 5, 2006

CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

        */s/ John A. Wortmann, Jr.*
        JOHN A. WORTMANN, JR.
        Assistant U.S. Attorney