UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

## WRIT OF HABEAS CORPUS

**TO THE MARSHAL FOR THE DISTRICT OF MASSACHUSETTS,** or any of his deputies,

and to:   FCI-Allenwood
          Allenwood, PA

YOU ARE COMMANDED to have the body of __VICTOR DELGADO__ now in your custody, before the United States District Court for the District of Massachusetts, United States Courthouse, 1 Courthouse Way, Courtroom No. __9__, on the __3RD__ floor, Boston, Massachusetts on __OCTOBER 24, 2006__, at __2:00__ PM.

for the purpose of __RESENTENCING__

in the case of   UNITED STATES OF AMERICA V. __VICTOR DELGADO__

CR Number __04-10032-GAO__

        And you are to retain the body of said __VICTOR DELGADO__ while before said Court upon said day and upon such other days thereafter as his attendance before said Court shall be necessary, and as soon as may be thereafter to return said __VICTOR DELGADO__ to the institution from which he was taken, under safe and secure conduct, to be there imprisoned as if he had not been brought therefrom for the purpose aforesaid.  And have you then and there this Writ with your doings herein.

Dated this __21__ day of __AUGUST, 2006__.


/s/ George A. O'Toole, Jr
_____
UNITED STATES DISTRICT JUDGE
UNITED STATES MAGISTRATE JUDGE

            SEAL

                                            SARAH A. THORNTON
                                            CLERK OF COURT

                                            Paul S. Lyness
                                        By:_____
                                            Deputy Clerk


(Habeas Writ.wpd - 3/7/2005)