UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Cr. No. 04-10032 GAO |
| v. ) | |
| ) | |
| VICTOR DELGADO, ) | |
|   Defendant. ) | |

**ASSENTED TO MOTION OF THE UNITED STATES
TO CONTINUE RE-SENTENCING FOR ONE WEEK**

    The government hereby moves to continue, for one week, the re-sentencing of the defendant, currently scheduled for October 24, 2006. As grounds for this motion, the undersigned states that he returned to the office today from a one month paternity leave and requires the additional time in order to provide the Court with a useful sentencing memorandum in the above matter. Counsel for the defendant, Victoria Bonilla, assents to this request.

                                        Respectfully submitted,

                                        MICHAEL J. SULLIVAN
                                        United States Attorney,

                      By:   /S/ PETER K. LEVITT
                           PETER K. LEVITT
                           Assistant U.S. Attorney
                           One Courthouse Way
                           Boston, MA 02210
                           (617)748-3355

October 19, 2006