Prob12A
(7/93)

# United States District Court
## for the District of Massachusetts
## Report on Offender Under Supervision

**Name of Offender:** Victor Delgado                **Case Number:** 0101 1:04CR10032

**Name of Sentencing Judicial Officer:** Honorable George A. O'Toole, Sr. U.S. District Judge

**Date of Original Sentence:** 11/8/04
**Date of Revocation Sentence:** 10/4/17

**Original Offense:** Conspiracy to Distribute Heroin, in violation of 21 U.S.C. § 846; Possession W/Intent to Distribute Heroin in violation of 21 U.S.C. 841(a)(1); Felon in Possession of Firearm, in violation of 18 U.S.C. § 922(g)(1)

**Original Sentence:** 168 months of imprisonment to be followed by 48 months of supervised release
**Revocation Sentence:** Five months of imprisonment to be followed by 12 months of supervised release

**Type of Supervision:** Supervised Release          **Date Supervision Commenced:** 11/7/13
                                                     **Date Supervision Re-commenced:** 11/16/17

---

## NON-COMPLIANCE SUMMARY

**Violation Number**    **Nature of Noncompliance**

I                       **Violation of Mandatory Condition:** The defendant shall not commit another Federal, State or local crime.

II                      **Violation of Standard Condition #7:** The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician.

On 7/15/18, the Lawrence, MA police responded to a report of a possible motor vehicle accident in the area of 530 Broadway Street, Lawrence, MA. Upon their arrival, officers reportedly observed a motor vehicle running with its headlights on that was parked in front of 530 Broadway Street. Victor Delgado was found sitting unconscious in the driver's seat of that vehicle. His breathing was shallow, his pulse was faint and his pupils were pin-pointed. Based on this information and concern about overdose, the officers administered two doses of Narcan and Mr. Delgado eventually regained consciousness. He was transported to the Lawrence General Hospital for medical treatment. The officers learned that the motor vehicle he was seated in was not properly registered, inspected or insured. Based on this information, the officer issued Mr. Delgado citations for: Operating a Motor Vehicle with a Suspended License; Attaching Wrong Plates; Uninsured Motor Vehicle; Unregistered Motor Vehicle; and No Inspection Sticker. These matters remain pending.

On 7/17/18, the Probation Office spoke with Mr. Delgado about the above referenced

incident and he admitted to using what he believed to be cocaine.

U.S. Probation Officer Action:

The Probation Office has followed up with Mr. Delgado to address this issue. We have spoken with the sober house manager where Mr. Delgado continues to reside and they are aware of the incident and providing him with recovery support. Additionally, he continues in substance use disorder treatment at Bridgewell in Lynn, MA and we are working with Bridgewell to ensure that he is enrolled in the appropriate level of care and treatment. Mr. Delgado's drug testing frequency will also be increased. Given that he has admitted to the drug use, is presenting as committed to recovery and is engaged in treatment, we respectfully recommend that no court action be taken at this time and the Probation Office will keep the Court apprised of any further developments.

| Reviewed and approved by: | Respectfully submitted, |
|---|---|
| /s/ Andrew J. Laudate | /s/ Thomas C. Mullen, III |
| Andrew J. Laudate | by Thomas C. Mullen, III |
| Supervising U.S. Probation Officer | Senior U.S. Probation Officer |
| | Date:       7/30/2018 |

*No Response is necessary unless the court directs that additional action be taken as follows:*

[X]  Approved – No court action at this time
[ ]  Submit a Request for Modifying the Conditions or Term of Supervision
[ ]  Submit a Request for Warrant or Summons
[ ]  Other

_____
Signature of Judicial Officer

7/30/18
_____
Date